IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROYCE J. KELLEY, III, | : | |
| Plaintiff, | : | |
| v. | : | CA 15-00657-CB-C |
| BALDWIN COUNTY CORRECTIONAL CENTER, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated April 15, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this the 19th day of May 2016.


s/Charles R. Butler, Jr.
**SENIOR UNITED STATES DISTRICT JUDGE**