IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROYCE J. KELLEY, III, | : |
| Plaintiff, | : |
| v. | :     CA 15-00657-CB-C |
| BALDWIN COUNTY CORRECTIONAL CENTER, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order entered on February 22, 2016.

**DONE** this  19th  day of   May   2016.

                         s/Charles R. Butler, Jr.
                **SENIOR UNITED STATES DISTRICT JUDGE**